UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| OSCAR GUILLEN, | ) |
| Petitioner, | ) |
| vs. | ) CAUSE NO. 3:05-CV-016 TS |
| MS. JONES, | ) |
| Respondent. | ) |

**MEMORANDUM AND ORDER**

This case is before the Court on petitioner Oscar Guillen's motion to correct errors. Mr. Guillen's petition was dismissed because he had not alleged a sanction that is actionable under 28 U.S.C. § 2254. In his petition, Mr. Guillen said that, as a sanction, he received ninety-five days of disciplinary segregation and other jail restrictions. Mr. Guillen has no liberty interest in not being placed in segregation, or in not receiving other jail restrictions so the question of procedural due process is irrelevant. *See Sandin v. Connor*, 515 U.S. 472 (1995). Since the sanctions did not affect the length of his sentence, the petition was denied.

Mr. Guillen says that, because he was a pretrial detainee when he was placed in segregation, his petition should not have been dismissed. This court is unable to convert his petition for writ of habeas corpus into a complaint alleging that his civil rights were violated. Regardless, Mr. Guillen is now at a different facility and is no longer in segregation as a pretrial detainee rendering his petition for writ of habeas corpus moot because there are no longer any collateral consequence of his punishment. *See Spencer v. Kemna*, 523 U.S. 1 (1998).

Additionally, because Mr. Guillen's motion was filed more than 10 days after the judgment, it is filed pursuant to Federal Rule of Civil Procedure 60(b)(1). This request is equivalent to a second

or successive petition, and therefore, this court has no jurisdiction. *See Felker v. Turpin*, 101 F.3d 657 (11th Cir. 1996), *cert. denied*, 117 S.Ct. 451 (1996); *Burris v. Parke*, 130 F.3d 782 (7th Cir. 1997); and *Dunlap v. Litscher*, 301 F.3d 873 (7th Cir. 2002). Accordingly, the Court **DENIES** Mr. Guillen's motion. Mr. Guillen may petition the Seventh Circuit Court of Appeals for permission to file a second or successive petition in this court.

SO ORDERED on April 13, 2005.

S/ Theresa L. Springmann
THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT